JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MISSION VALLEY LANDSCAPE CO., and DANIEL C. VASQUEZ,<br><br>    Defendants. | Case No.: CV13-04192 CAS (MANx)<br><br>Assigned to the Honorable Christina A. Snyder<br><br>**[Proposed] ORDER DISMISSING ENTIRE ACTION, WITHOUT PREJUDICE** |

Pursuant to Plaintiffs' "Notice of Voluntary Dismissal, Without Prejudice" and Fed. R. Civ. Proc. 41(a)(1)(A)(i):

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this entire action again Defendants Mission Valley Landscape Co. and Daniel C. Vasquez is dismissed, without prejudice.

DATED: November 12, 2013    ___*Christina A. Snyder*___
UNITED STATES DISTRICT COURT JUDGE